Second Department, September, 1945.

(September 26, 1945.)

The People of the State of New York ex rel. Louis Silvers, Relator, against Warden of the City Prison, 149 Ashland Place, Borough of Brooklyn, City of New York, Respondent.— Return on writ of habeas corpus. Bail reduced to $25,000, writ dismissed and the relator remanded to custody. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

(September 28, 1945.)

In the Matter of Frank A. Pavis, Appellant, against William J. Heffernan et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— On argument, order denying application affirmed, without costs. Leave to appeal to the Court of Appeals is granted. Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur. [185 Misc. 626.]

Third Department, September, 1945.

(September 12, 1945.)

In the Matter of Abraham Levitt, Petitioner, against The Board of Regents of the University of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Stay continued until the opening of the next session of the Court of Appeals in October, 1945. All concur. [See ante, p. 889.]

In the Matter of the Claims of the Industrial Commissioner of the State of New York et al., Respondents, against Adrian McCarthy et al., Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 793.]

Jerome B. McSweeney, Appellant, v. John Bazinet, as Mayor of the City of Glens Falls, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Hill, P. J., Heffernan, Foster and Lawrence, JJ., concur; Brewster, J., taking no part. [See ante, p. 213.]

In the Matter of the Claim of Fannie Lauer, Respondent, against Y. M. & W. H. A. of The Bronx et al., Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 870.]

In the Matter of the Claim of Herbert E. Dewey, Respondent, against Rural Publishing Co., Inc., et al., Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 871.]

In the Matter of the Claim of Frances A. Kluss, Respondent, against Levene's Son, Inc., et al., Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 801.]

Clayton T. McCarthy, Appellant, v. City of Saratoga Springs, Respondent.— Motion for leave to appeal to the Court of Appeals with certified question denied, with $10 costs. (See Bernardine v. City of New York, 294 N. Y. 361.) All concur. [See ante, p. 469.]